Hearing Date: September 29, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | |
|---|---|
| In re: | § """"""""Ej cr vgt '9 |
| | § |
| CKG RESTAURANT GROUP, INC. | §    Case No. 04-13322 |
| | § |
| Debtor(s) | § """"""""J qp0Lcem1D0Uej o gwgtgt |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The case was converted to one under Chapter 7 on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses                                        **
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

**Trustee is aware that his counsel has performed services for which it has not been compensated. Trustee's counsel may file a final fee application in this case--see Exhibits C and D below for additional information.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JAY A. STEINBERG, TRUSTEE_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 04-13322 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CKG RESTAURANT GROUP, INC. | | | Date Filed (f) or Converted (c): | 05/13/04 (c) |
| | | | | 341(a) Meeting Date: | 06/25/04 |
| For Period Ending: | 08/15/11 | | | Claims Bar Date: | 06/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FUNDS ON DEPOSIT<br>Escrow funds on deposit with Clerk of the Circuit Court of Cook County related to mortgage foreclosure action | 217,000.00 | 210,598.88 | | 210,598.88 | FA |
| 2. CHECKING ACCOUNT<br>North Community Bank - checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3. DEPOSIT-UTILITY<br>People's Energy | 1,847.00 | 1,847.00 | | 824.86 | FA |
| 4. DEPOSIT-UTILITY<br>ComEd | 6,779.00 | 0.00 | | 0.00 | FA |
| 5. CAUSES OF ACTION<br>for failure to grant right of first refusal and for failure to grant option to purchase | Unknown | Unknown | | 0.00 | FA |
| 6. OFFICE EQUIPMENT | 10,000.00 | 0.00 | | 0.00 | FA |
| 7. RESTAURANT EQUIPMENT & FIXTURES | 50,000.00 | 0.00 | | 0.00 | FA |
| 8. PREFERENCE SETTLEMENT - European Imports (u)<br>SETTLEMENT WITH EUROPEAN IMPORTS, LTD | 0.00 | 9,516.40 | | 9,516.40 | FA |
| 9. PREFERENCE SETTLEMENT - Squirrel Systems (u)<br>SETTLEMENT WITH SQUIRREL SYSTEMS, G.P. | 0.00 | 2,337.64 | | 2,337.64 | FA |
| 10. PREFERENCE RECOVERIES - Multiple Entities (u)<br>Recoveries of from transferees: Heritage Wine, Natural Juice, Hayes Mechanical, M. Shanken, Connisseur Wines & Clear Channel | Unknown | 0.00 | | 24,323.00 | FA |
| 11. PREFERENCE SETTLEMENT - Empower (u)<br>Transferee - Empower | 0.00 | 3,750.00 | | 3,750.00 | FA |
| 12. PREFERENCE SETTLEMENT - Pure Wine (u)<br>Steinberg v. Pure Wine Company 06 A 918 | 0.00 | 0.00 | | 6,500.00 | FA |
| 13. PREFERENCE SETTLEMENT - L & L Packing | 0.00 | 0.00 | | 6,500.00 | FA |

LFORM1  UST Form 101-7-TFR (10/1/2010) *(Page: 3)*  Ver: 16.02b

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 04-13322 | JBS | Judge: JACK B. SCHMETTERER | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CKG RESTAURANT GROUP, INC. | | | | Date Filed (f) or Converted (c): | 05/13/04 (c) |
| | | | | | 341(a) Meeting Date: | 06/25/04 |
| | | | | | Claims Bar Date: | 06/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| L & L Packing | | | | | |
| 14. PREFERENCE SETTLEMENT - Cream Wines | 0.00 | 8,305.66 | | 8,305.66 | FA |
| Preference Recovery from Cream Wines | | | | | |
| 15. PREFERENCE SETTLEMENT - Vin di Vino (u) | 0.00 | 2,338.73 | | 2,338.73 | FA |
| Vin Di Vino | | | | | |
| 16. PREFERENCE SETTLEMENT - True Foods | 0.00 | 35,000.00 | | 6,000.00 | FA |
| Settlement with True Foods - Court approved 11/4/10 | | | | | |
| 17. PREFERENCE SETTLEMENT - Northwest Meat Co. (u) | 0.00 | 0.00 | | 2,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,443.31 | Unknown |

|   |   |   |   |   | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $285,626.00 | $273,694.31 | | $284,438.48 | $0.00 |
|   |   |   |   |   | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Collected additional $18,000 in 2010 on preferences and resolved last of the adversary proceedings in December, 2010.
TFR submitted to UST on 7/13/11

Initial Projected Date of Final Report (TFR): 04/30/05    Current Projected Date of Final Report (TFR): 08/01/11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 04-13322 -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 08/15/11 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2309 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/01/05 | 1 | CLERK, CIRCUIT COURT OF COOK COUNTY<br>COURT ORDER DEPOSIT ACCOUNT<br>RICHARD J. DALEY CENTER - ROOM 1005<br>CHICAGO, ILLINOIS 60602 | # 03 M1-714222/CKG FUNDS ON DEPOSIT | 1249-000 | 210,598.88 | | 210,598.88 |
| 02/18/05 | 000301 | FRED LATSKO<br>LATSKO INTERESTS<br>1430 NORTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60610 | SETTLEMENT OF DISPUTE RE:<br>FUNDS ON DEPOSIT WITH CLERK OF<br>CIRCUIT COURT OF COOK COUNTY, ILLINOIS | 4120-000 | | 7,500.00 | 203,098.88 |
| 02/18/05 | 000302 | FRED LATSKO<br>LATSKO INTERESTS<br>1430 NORTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60610 | SETTLEMENT OF DISPUTE RE:<br>FUNDS ON DEPOSITWITH CLERK OF CIRCUIT<br>COURT OF COOK COUNTY, ILLINOIS | 4120-000 | | 20,000.00 | 183,098.88 |
| 02/18/05 | 000303 | FRED LATSKO<br>LATSKO INTERESTS<br>1430 NORTH DEARBORN STREET<br>CHICAGO, ILLINOIS 60610 | SETTLEMENT OF DISPUTE RE:<br>FUNDS ON DEPOSIT WITH CLERK OF THE<br>CIRCUIT COURT OF COOK COUNTY, ILLINOIS | 4120-000 | | 86,750.00 | 96,348.88 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 32.24 | | 96,381.12 |
| 03/23/05 | 000304 | International Sureties, Ltd.<br>Suite 1700<br>210 Barone Street<br>New Orleans, LA 70112 | Trustee's Bond Premium<br>Bond # 016026155<br>Term: 02/01/05 to 02/01/06 | 2300-000 | | 110.66 | 96,270.46 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 22.55 | | 96,293.01 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 19.78 | | 96,312.79 |
| 05/26/05 | 000305 | REWARDS NETWORK ESTABLISHMENT<br>SERVICES | SECURED CREDITOR<br>per order entered 5/25/05 | 4210-000 | | 50,000.00 | 46,312.79 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 20.46 | | 46,333.25 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 14.32 | | 46,347.57 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 9.84 | | 46,357.41 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 23.63 | | 46,381.04 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 22.87 | | 46,403.91 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 04-13322 -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | CKG RESTAURANT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | |
| For Period Ending: | 08/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.65 | | 46,427.56 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.90 | | 46,450.46 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.67 | | 46,474.13 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.69 | | 46,497.82 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 33.12 | | 46,530.94 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 39.52 | | 46,570.46 |
| 04/12/06 | 10 | HERITAGE WINE CELLARS, LTD. 6600 WEST HOWARD AVENUE NILES, IL 60714 | PREFERENCE RECOVERY | 1241-000 | 13,394.69 | | 59,965.15 |
| 04/12/06 | 10 | NATURAL JUICE COMPANY | PREFERENCE RECOVERY | 1241-000 | 971.33 | | 60,936.48 |
| 04/12/06 | 10 | HAYES MECHANICAL 2160 N. ASHLAND AVENUE CHICAGO, IL 60614-3024 | PREFERENCE RECOVERY | 1241-000 | 152.10 | | 61,088.58 |
| 04/12/06 | 3 | PEOPLES GAS | REFUND OF DEPOSIT | 1129-000 | 824.86 | | 61,913.44 |
| 04/27/06 | 000306 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 53.28 | 61,860.16 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 45.28 | | 61,905.44 |
| 05/04/06 | 000307 | REEBIE MOVING & STORAGE COMPANY | Pursuant to order entered 4/27/06 | 2410-000 | | 1,184.00 | 60,721.44 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 51.81 | | 60,773.25 |
| 06/09/06 | 8 | EUROPEAN IMPORTS LTD. | PREFERENCE SETTLEMENT | 1241-000 | 9,516.40 | | 70,289.65 |
| 06/09/06 | 9 | SQUIRREL SYSTEMS, G.P. | PREFERENCE SETTLEMENT | 1241-000 | 2,337.64 | | 72,627.29 |
| 06/09/06 | 10 | M. SHANKEN COMMUNICATIONS, INC. | PREFERENCE SETTLEMENT | 1241-000 | 180.00 | | 72,807.29 |
| 06/12/06 | 000308 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE | 2410-000 | | 250.00 | 72,557.29 |
| 06/29/06 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 21,377.86 | 51,179.43 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 54.22 | | 51,233.65 |
| 07/11/06 | 000309 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE 6/1/06 - 6/30/06 | 2410-000 | | 50.00 | 51,183.65 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 43.50 | | 51,227.15 |
| 08/15/06 | 000310 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE 7/1/06 - 7/31/06 | 2410-000 | | 50.00 | 51,177.15 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 43.49 | | 51,220.64 |

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*

LFORM2T4

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 04-13322 -JBS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CKG RESTAURANT GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | | |
| For Period Ending: | 08/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/15/06 | 000311 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE 8/1/06 - 8/31/06 | 2410-000 | | 50.00 | 51,170.64 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.08 | | 51,212.72 |
| 10/26/06 | 000312 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE 9/1/06 to 9/30/06 | 2410-000 | | 50.00 | 51,162.72 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.49 | | 51,206.21 |
| 11/22/06 | 000313 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE | 2410-000 | | 50.00 | 51,156.21 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.09 | | 51,198.30 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.48 | | 51,241.78 |
| 01/05/07 | 000314 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 11/1/06 - 11/30/06 | 2410-000 | | 50.00 | 51,191.78 |
| 01/05/07 | 000315 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 12/01/06 - 12/31/06 | 2410-000 | | 50.00 | 51,141.78 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.49 | | 51,185.27 |
| * 02/06/07 | 000316 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-003 | | 40.72 | 51,144.55 |
| 02/15/07 | 10 | CONNOISSEUR WINES | PREFERENCE RECOVERY | 1241-000 | 5,624.88 | | 56,769.43 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 40.64 | | 56,810.07 |
| 03/01/07 | 000317 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 1/1/07 - 1/31/07 | 2410-000 | | 50.00 | 56,760.07 |
| * 03/07/07 | 000316 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-003 | | -40.72 | 56,800.79 |
| 03/07/07 | 000318 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 2/1/07 - 2/28/07 | 2410-000 | | 50.00 | 56,750.79 |
| 03/07/07 | 000319 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 38.85 | 56,711.94 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.21 | | 56,760.15 |
| 04/11/07 | 000320 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 3/1/07 - 3/31/07 | 2410-000 | | 50.00 | 56,710.15 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 46.64 | | 56,756.79 |
| 05/09/07 | 000321 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 4/1/07 - 4/30/07 | 2410-000 | | 50.00 | 56,706.79 |

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 04-13322 -JBS | | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CKG RESTAURANT GROUP, INC. | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | | | |
| For Period Ending: | 08/15/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.18 | | 56,754.97 |
| 06/25/07 | 000322 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 5/1/07 - 5/31/07 | 2410-000 | | 50.00 | 56,704.97 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 46.64 | | 56,751.61 |
| 07/09/07 | 000323 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 6/1/07 - 6/30/07 | 2410-000 | | 50.00 | 56,701.61 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.19 | | 56,749.80 |
| 08/30/07 | 000324 | REEBIE MOVING & STORAGE COMPANY | STORAGE FEE 7/1/07 TO 7/31/07 | 2410-000 | | 50.00 | 56,699.80 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 48.20 | | 56,748.00 |
| 09/24/07 | 000325 | REEBIE MOVING & STORAGE COMPANY | STORAGE FEE 8/1/07 - 8/31/07 | 2410-000 | | 50.00 | 56,698.00 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 36.15 | | 56,734.15 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 36.14 | | 56,770.29 |
| 11/02/07 | 000326 | REEBIE MOVING & STORAGE CO. | STORAGE FEE 9/1/07 - 9/30/07 | 2410-000 | | 50.00 | 56,720.29 |
| 11/02/07 | 000327 | REEBIE MOVING & STORAGE CO. | STORAGE FEE 10/1/07 - 10/31/07 | 2410-000 | | 50.00 | 56,670.29 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 30.29 | | 56,700.58 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 27.11 | | 56,727.69 |
| 01/08/08 | 000328 | REEBIE MOVING & STORAGE CO. | STORAGE FEE 11/1/07 - 11/30/07 12/1/07 - 12/31/07 | 2410-000 | | 100.00 | 56,627.69 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 22.45 | | 56,650.14 |
| 02/07/08 | 000329 | REEBIE MOVING & STORAGE CO. | STORAGE FEE 1/1/08 - 1/31/08 | 2410-000 | | 55.00 | 56,595.14 |
| 02/18/08 | 000330 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND #016026455 | 2300-000 | | 71.78 | 56,523.36 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 13.46 | | 56,536.82 |
| 03/21/08 | 000331 | REEBIE MOVING & STORAGE CO. | STORAGE FEE 2/1/08 - 2/29/08 | 2410-000 | | 55.00 | 56,481.82 |

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 04-13322 -JBS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CKG RESTAURANT GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | | |
| For Period Ending: | 08/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 13.36 | | 56,495.18 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 11.58 | | 56,506.76 |
| * 05/29/08 | 13 | L & L Packing Co. | PREFERENCE SETTLEMENT | 1141-003 | 6,500.00 | | 63,006.76 |
| * 05/29/08 | 13 | L & L Packing Co. | PREFERENCE SETTLEMENT | 1141-003 | -6,500.00 | | 56,506.76 |
| 05/29/08 | 13 | L & L Packing Co. | PREFERENCE RECOVERY | 1241-000 | 6,500.00 | | 63,006.76 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 7.18 | | 63,013.94 |
| 06/05/08 | 12 | PURE WINE COMPANY<br>361 SOUTH FRONTAGE ROAD<br>SUITE 130<br>BURR RIDGE, IL  60527 | PREFERENCE SETTLEMENT | 1241-000 | 3,250.00 | | 66,263.94 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.01 | | 66,271.95 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.42 | | 66,280.37 |
| 08/14/08 | 11 | Empower, Inc.<br>700 Busse Highway<br>Park Ridge, IL 60068 | PREFERENCE RECOVERY | 1241-000 | 3,750.00 | | 70,030.37 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.63 | | 70,039.00 |
| 09/19/08 | 12 | Mary Sarber<br>Pure Wine Company | PREFERENCE RECOVERY | 1241-000 | 3,250.00 | | 73,289.00 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.69 | | 73,297.69 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 7.11 | | 73,304.80 |
| 11/19/08 | | Transfer to Acct #*******2561 | Bank Funds Transfer<br>Transfer funds to pay Reebie Storage invoices for 8/08 and 9/08 | 9999-000 | | 112.73 | 73,192.07 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 6.00 | | 73,198.07 |
| 12/09/08 | 10 | Clear Channel Management Services, LP<br>PO Box 659512<br>San Antonio, TX  78265-9512 | PREFERENCE RECOVERY | 1241-000 | 4,000.00 | | 77,198.07 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 4.03 | | 77,202.10 |
| 01/26/09 | | Transfer to Acct #*******2561 | Bank Funds Transfer<br>Transfer funds to pay for records storage:  (8) months back invoices for $440 plus $110 for Jan | 9999-000 | | 550.00 | 76,652.10 |

UST Form 101-7-TFR (10/1/2010) *(Page: 9)*

LFORM2T4

Ver: 16.02b

FORM 2

Page: 6

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-13322 -JBS | | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CKG RESTAURANT GROUP, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | | |
| For Period Ending: | 08/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | and Feb 09.<br><br>Total $550.00 | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.31 | | 76,653.41 |
| 02/17/09 | 000332 | International Sureties, Ltd.<br>701 Poydras Street  #420<br>New Orleans   LA  70139 | 2009 Blanket Bond Premium<br>Bond No. 016260455 | 2300-000 | | 150.16 | 76,503.25 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.18 | | 76,504.43 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.30 | | 76,505.73 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.14 | | 76,508.87 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.24 | | 76,512.11 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.15 | | 76,515.26 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.25 | | 76,518.51 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.25 | | 76,521.76 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.14 | | 76,524.90 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.24 | | 76,528.14 |
| 11/13/09 | | Transfer to Acct #*******2561 | Bank Funds Transfer<br>Transfer to pay costs of records destruction. Sending check out for signature in advance so to be able to remit same to Reebie immediately after 12/29 hearing on motion to destroy. | 9999-000 | | 497.00 | 76,031.14 |
| 11/13/09 | | Transfer to Acct #*******2561 | Bank Funds Transfer<br>Transfer funds to pay outstanding record storage fees prior to destruction.  (motion to destroy set for hearing 12/29/09). | 9999-000 | | 937.66 | 75,093.48 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.11 | | 75,096.59 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.19 | | 75,099.78 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.18 | | 75,102.96 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.88 | | 75,105.84 |
| 03/04/10 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 213.67 | 74,892.17 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.19 | | 74,895.36 |

FORM 2

Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 04-13322 -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | CKG RESTAURANT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | |
| For Period Ending: | 08/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/10 | 14 | Cream Wine Company LLC<br>118 N. Peoria Street 3rd Floor<br>Chicago IL 60607 | PREFERENCE RECOVERY | 1241-000 | 8,305.66 | | 83,201.02 |
| 04/16/10 | 15 | Vin di Vino<br>1811 West Bryn Mawr Ave<br>Chicago IL 60660 | PREFERENCE RECOVERY | 1241-000 | 2,338.73 | | 85,539.75 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.33 | | 85,543.08 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.63 | | 85,546.71 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.52 | | 85,550.23 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.63 | | 85,553.86 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.64 | | 85,557.50 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.52 | | 85,561.02 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.63 | | 85,564.65 |
| 11/09/10 | 16 | True World Foods<br>950 Chase Avenue<br>Elk Grove Village IL 60007 | PREFERENCE RECOVERY | 1241-000 | 6,000.00 | | 91,564.65 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.65 | | 91,568.30 |
| 12/14/10 | 17 | Northwest Meat Company<br>440 N. Morgan<br>Chicago IL 60642 | PREFERENCE RECOVERY | 1241-000 | 2,000.00 | | 93,568.30 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.93 | | 93,572.23 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.97 | | 93,576.20 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.72 | | 93,576.92 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.79 | | 93,577.71 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.76 | | 93,578.47 |
| 05/20/11 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 233.64 | 93,344.83 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.80 | | 93,345.63 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 93,346.40 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.79 | | 93,347.19 |

FORM 2

Page: 8
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 04-13322 -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 08/15/11 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2309  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******2309

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 20 | Deposits | 282,995.17 | 33 | Checks | 167,168.73 |
| 78 | Interest Postings | 1,443.31 | 0 | Adjustments Out | 0.00 |
| | | | 7 | Transfers Out | 23,922.56 |
| | Subtotal | $ 284,438.48 | | | |
| | | | | Total | $ 191,091.29 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 284,438.48 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 12)*

LFORM2T4

Ver: 16.02b

FORM 2

Page: 9

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-13322 -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | CKG RESTAURANT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2561  BofA - Checking Account |
| Taxpayer ID No: | *******4102 | | |
| For Period Ending: | 08/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/29/06 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 21,377.86 | | 21,377.86 |
| 06/29/06 | 003001 | SCOTT & KRAUSS, L.L.C. | ATTORNEY FOR TRUSTEE | | | 21,377.86 | 0.00 |
| | | | PER ORDER ENTERED 6/26/06 | | | | |
| | | | Fees         20,000.00 | 3210-000 | | | |
| | | | Expenses      1,377.86 | 3220-000 | | | |
| 11/19/08 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 112.73 | | 112.73 |
| | | | Transfer funds to pay Reebie Storage invoices for 8/08 and 9/08 | | | | |
| 11/19/08 | 003002 | Reebie Data Bank | Records Storage | 2410-000 | | 112.73 | 0.00 |
| | | PO Box 66973 | Inv. Nos. 8070347 & 8080345 | | | | |
| | | Slot 302171 | | | | | |
| | | Chicago IL 60666 | | | | | |
| 01/26/09 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 550.00 | | 550.00 |
| | | | Transfer funds to pay for records storage:  (8) months back invoices for $440 plus $110 for Jan and Feb 09. | | | | |
| | | | Total  $550.00 | | | | |
| 01/26/09 | 003003 | Reebie Data Bank | Records Storage -- 8030355,8040354, 8050352,8060350,8100345,8110341,8120340,8130341 and charges for 1/09 and 2/09 | 2410-000 | | 550.00 | 0.00 |
| | | PO Box 66973 | | | | | |
| | | Slot 302171 | | | | | |
| | | Chicago IL 60666 | | | | | |
| 11/13/09 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 497.00 | | 497.00 |
| | | | Transfer to pay costs of records destruction. Sending check out for signature in advance so to be able to remit same to Reebie immediately after 12/29 hearing on motion to destroy. | | | | |
| 11/13/09 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 937.66 | | 1,434.66 |
| | | | Transfer funds to pay outstanding record storage fees prior to destruction.  (motion to destroy set for | | | | |

FORM 2

Page: 10
Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-13322 -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | CKG RESTAURANT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2561  BofA - Checking Account |
| Taxpayer ID No: | *******4102 | | |
| For Period Ending: | 08/15/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |
| 11/13/09 | 003004 | Reebie Data Bank<br>PO Box 66973<br>Slot 302171<br>Chicago  IL  60666 | hearing 12/29/09).<br>Outstanding Records Storage Fees<br>Account RS 286<br>To pay for storage through December 2009; | 2410-000 | 937.66 (Disbursement) | 497.00 |
| 11/13/09 | 003005 | Reebie Data Bank<br>PO Box 66973<br>Slot 302171<br>Chicago  IL  60666 | Destruction of Records - CKG<br>Account RS 286<br>To pay for storage through December 2009; | 2410-000 | 497.00 (Disbursement) | 0.00 |
| 03/04/10 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 213.67 (Deposit) | 213.67 |
| 03/04/10 | 003006 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans  LA  70139 | Bond Premium Payments<br>2010 Bond premium | 2300-000 | 213.67 (Disbursement) | 0.00 |
| 05/20/11 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 233.64 (Deposit) | 233.64 |
| 05/20/11 | 003007 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans  LA  70139 | TR Blanket Bond Premium<br>Bond #016026455 | 2300-000 | 233.64 (Disbursement) | 0.00 |

| Account *******2561 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 7 | Checks | 23,922.56 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 23,922.56 |
| 7 | Transfers In | 23,922.56 | | | |
| | Total | $ 23,922.56 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 14)*

LFORM2T4

Ver: 16.02b

FORM 2

Page: 11

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 04-13322 -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 08/15/11 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2561  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

|   |   |   |   |   |
|---|---|---|---|---|
|   | Balance Forward | 0.00 |   |   |
| 20 | Deposits | 282,995.17 | 40 | Checks | 191,091.29 |
| 78 | Interest Postings | 1,443.31 | 0 | Adjustments Out | 0.00 |
|   |   |   | 7 | Transfers Out | 23,922.56 |
|   | Subtotal | $ 284,438.48 |   |   |   |
|   |   |   |   | Total | $ 215,013.85 |
| 0 | Adjustments In | 0.00 |   |   |   |
| 7 | Transfers In | 23,922.56 |   |   |   |
|   | Total | $ 308,361.04 |   | Net Total Balance | $ 93,347.19 |

UST Form 101-7-TFR (10/1/2010) *(Page: 15)*

LFORM2T4

Ver: 16.02b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-13322 | | Page 1 | | Date: August 15, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | CKG RESTAURANT GROUP, INC. | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | Jay A. Steinberg, Trustee<br>35 East Wacker Drive<br>Suite 1550<br>Chicago IL 60601 | Administrative | | $15,000.00 | $0.00 | $15,000.00 |
| | Subtotal For Claim Type 2100-00 Trustee Compensation | | | $15,000.00 | $0.00 | $15,000.00 |
| 999 2300-00 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans LA 70139 | Administrative | | $638.40 | $638.40 | $0.00 |
| | Subtotal For Claim Type 2300-00 Bond Payments | | | $638.40 | $638.40 | $0.00 |
| 999 2410-00 | Reebie Data Bank<br>PO Box 66973<br>Slot 302171<br>Chicago IL 60666 | Administrative | | $4,591.39 | $4,591.39 | $0.00 |
| | Subtotal For Claim Type 2410-00 Administrative Rent (post-petition | | | $4,591.39 | $4,591.39 | $0.00 |
| 000002 001 2950-00 | United States Trustee<br>227 W Monroe Ste 3350<br>Chicago Il 60606 | Administrative | confirmed per T. Thornton 6/20/11 | $250.00 | $0.00 | $250.00 |
| | Subtotal For Claim Type 2950-00 U. S. Trustee Quarterly Fees | | | $250.00 | $0.00 | $250.00 |
| 002 3210-00 | SCOTT & KRAUS<br>150 SOUTH WACKER DRIVE<br>SUITE 2900<br>CHICAGO, IL 60610 | Administrative | The Trustee is informed by Scott & Kraus, Trustee's attorneys, that S&K performed services worth approximately $90,000 in this case for which it has not been fully compensated. As of the date of the filing of this TFR, S&K has not filed a fee application with the Court nor has the Trustee received a copy of a fee application requesting allowance of the unpaid fees. S&K has informed the Trustee that it will seek additional and final compensaiton in the voluntarily reduced amount of $30,000.00. Trusteee does not object to the proposed fees.<br>A fee application must be filed and appropriate notice to creditors must be issued for the fees to be allowed by the Court. | $21,377.86 | $21,377.86 | $0.00 |
| | Subtotal For Claim Type 3210-00 Attorney for Trustee Fees (Other Fi | | | $21,377.86 | $21,377.86 | $0.00 |
| 001 3410-00 | Popowcer & Katten, Ltd.<br>Attn: Lois West<br>35 East Wacker Drive #1550<br>Chicago IL 6601 | Administrative | | $3,881.50 | $0.00 | $3,881.50 |
| | Subtotal For Claim Type 3410-00 Accountant for Trustee Fees (Other | | | $3,881.50 | $0.00 | $3,881.50 |
| 001 3420-00 | Popowcer & Katten, Ltd.<br>Attn: Lois West<br>35 East Wacker Drive #1550<br>Chicago IL 6601 | Administrative | | $24.25 | $0.00 | $24.25 |
| | Subtotal For Claim Type 3420-00 Accountant for Trustee Expenses | | | $24.25 | $0.00 | $24.25 |
| 000008 050 4210-00 | Rewards Network Establishment Services<br>c/o David A Newby<br>2525 Cabot Drive #300 | Secured | Pursuant to this Court's order dated January 31, 2005, Rewards was granted a lien claim in the proceeds of the escrow funds turned over from the Circuti Court. Pursuant to this Court's May 25, 2005 order, Trustee was authorized to make an interim distribution to Rewards. The payment | $78,608.45 | $50,000.00 | $28,608.45 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 04-13322 | | Page 2 | | | Date: August 15, 2011 |
| Debtor Name: | CKG RESTAURANT GROUP, INC. | | Claim Type Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Lisle, IL 60532 | | proposed herein is the balance of its allowed claim. | | | |
| | Subtotal For Claim Type 4210-00 Personal Prop & Intang - | | | $78,608.45 | $50,000.00 | $28,608.45 |
| 000006 050 4220-00 | Webster Properties LLC c/o Sanford Kahn Ltd 180 N LaSalle, Suite 2025 Chicago, IL 60601 | Secured | Funds paid from settlement between TR, Rewards and Webster following turnover of funds from Clerk of the Circuit Court. | $114,250.00 | $114,250.00 | $0.00 |
| | Subtotal For Claim Type 4220-00 Personal Prop & Intang - Non | | | $114,250.00 | $114,250.00 | $0.00 |
| 000001 070 7100-00 | Peoples Energy/Peoples Gas 130 E Randolph Dr Chicago, IL 60687 | Unsecured | WITHDRAWN 8-1-06 | $0.00 | $0.00 | $0.00 |
| 000003 070 7100-00 | Clarity Audio & Video Services Inc 3304 N Broadway Unit 214 Chicago Il 60657 | Unsecured | | $3,645.25 | $0.00 | $3,645.25 |
| 000004 070 7100-00 | Empower HR 6 East Miner Arlington Heights, IL 60004 | Unsecured | | $73,414.55 | $0.00 | $73,414.55 |
| 000005 070 7100-00 | James T Balog 1555 N Dearborn Pkwy 23A Chicago, IL | Unsecured | | $100.00 | $0.00 | $100.00 |
| 000007 070 7100-00 | Sarica Foods C/O Deer & Stone P C 130 S Jefferson Street Suite 501 Chicago, IL 60661 | Unsecured | | $36,000.00 | $0.00 | $36,000.00 |
| 000009 070 7100-00 | European Imports Ltd 2475 N Elston Avenue Chicago, IL 60647 | Unsecured | | $23,157.91 | $0.00 | $23,157.91 |
| 000010 070 7100-00 | Product Productions Inc Mark Grzymala / Rohlfing & Oberholtzer One East Wacker Drive Suite 2420 Chicago, IL 60601 | Unsecured | | $35,159.72 | $0.00 | $35,159.72 |
| 000011 070 7100-00 | Lehmann Colorado Meats, Inc c/o Mitnick & Malzberg PO Box 429 Frenchtown, NJ 08825 | Unsecured | | $14,927.64 | $0.00 | $14,927.64 |
| | Subtotal For Claim Type 7100-00 General Unsecured 726(a)(2) | | | $186,405.07 | $0.00 | $186,405.07 |
| | Case Totals: | | | $425,026.92 | $190,857.65 | $234,169.27 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-13322  
Case Name: CKG RESTAURANT GROUP, INC.  
Trustee Name: JAY A. STEINBERG, TRUSTEE  

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Webster Properties LLC | $ | $ | $ | $ |
| 000008 | Rewards Network Establishment Services | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment | |
|---|---|---|---|---|
| Trustee Fees: JAY A. STEINBERG, TRUSTEE | $ | $ | $ | |
| Attorney for Trustee Fees: SCOTT & KRAUS | $ | $ | $ | ** |
| Accountant for Trustee Fees: Popowcer & Katten, Ltd. | $ | $ | $ | |
| Accountant for Trustee Expenses: Popowcer & Katten, Ltd. | $ | $ | $ | |
| Fees: United States Trustee | $ | $ | $ | |
| Other: International Sureties, Ltd. | $ | $ | $ | |
| Other: Reebie Data Bank | $ | $ | $ | |

**Trustee is aware that his attorneys Scott & Kraus have performed additional services for which it has not been compensated. Trustee is informed that Scott & Kraus will seek final compensation in the amount of $30,000 for which Trustee does not object. In order for Scott & Kraus to be awarded additional fees, a fee application must be filed with the Court and appropriate notice issued to creditors. If Scott & Kraus files a fee application and issues notice within the requisite time, the proposed distribution to unsecured creditors will be reduced.

UST Form 101-7-TFR (10/1/2010) *(Page: 18)*

      Total to be paid for chapter 7 administrative expenses    $_____

      Remaining Balance    $_____

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Peoples Energy/Peoples Gas | $ | $ | $ |
| 000003 | Clarity Audio & Video Services Inc | $ | $ | $ |
| 000004 | Empower HR | $ | $ | $ |
| 000005 | James T Balog | $ | $ | $ |
| 000007 | Sarica Foods | $ | $ | $ |
| 000009 | European Imports Ltd | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Product Productions Inc | $ | $ | $ |
| 000011 | Lehmann Colorado Meats, Inc | $ | $ | $ |

　　　　Total to be paid to timely general unsecured creditors　　　　$_____

　　　　Remaining Balance　　　　$_____


　　Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

　　Tardily filed general (unsecured) claims are as follows:

　　　　　　　　　　　　　　　　NONE


　　Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

　　Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

　　　　　　　　　　　　　　　　NONE