Hearing Date: September 29, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 682
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CKG RESTAURANT GROUP, INC. | § | Case No. 04-13322 JBS |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JAY A. STEINBERG, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of the U.S. Bankruptcy Court
   No. District of Illinois, Eastern Div.
   219 S. Dearborn Street
   7th Floor
   Chicago   IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
      10:30 a.m.
       on September 29, 2011
       in Courtroom 682, U.S. Courthouse
       219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                          Clerk of U.S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CKG RESTAURANT GROUP, INC. §  Case No. 04-13322 JBS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 284,438.48 |
| and approved disbursements of | $ | 191,091.29 |
| leaving a balance on hand of[1] | $ | 93,347.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000006 | Webster Properties LLC | $ 500,000.00 | $ 114,250.00 | $ 114,250.00 | $ 0.00 |
| 000008 | Rewards Network Establishment Services | $ 362,951.86 | $ 78,608.45 | $ 50,000.00 | $ 28,608.45 |
| | Total to be paid to secured creditors | | | $ | 28,608.45 |
| | Remaining Balance | | | $ | 64,738.74 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JAY A. STEINBERG, TRUSTEE | $ 15,000.00 | $ 0.00 | $ 15,000.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: )*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment | |
|---|---|---|---|---|
| Attorney for Trustee Fees: SCOTT & KRAUS | $ 21,377.86 | $ 21,377.86 | $ 0.00 | ** |
| Accountant for Trustee Fees: Popowcer & Katten, Ltd. | $ 3,881.50 | $ 0.00 | $ 3,881.50 | |
| Accountant for Trustee Expenses: Popowcer & Katten, Ltd. | $ 24.25 | $ 0.00 | $ 24.25 | |
| Fees: United States Trustee | $ 250.00 | $ 0.00 | $ 250.00 | |
| Other: International Sureties, Ltd. | $ 638.40 | $ 638.40 | $ 0.00 | |
| Other: Reebie Data Bank | $ 4,591.39 | $ 4,591.39 | $ 0.00 | |

Total to be paid for chapter 7 administrative expenses        $        19,155.75

Remaining Balance        $        45,582.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 186,405.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**Trustee is aware that his attorneys Scott & Kraus have performed additional services for which it has not been compensated. Trustee is informed that Scott & Kraus will seek additional final compensation in the amount of $30,000 for which the Trustee does not object. In order for Scott & Kraus to be awarded additional fees, a fee application must be filed with the Court and appropriate notice issued to creditors. If Scott & Kraus files a fee application and issues notice within the requisite time, the proposed distribution to unsecured creditors will be reduced.

UST Form 101-7-NFR (10/1/2010) *(Page: )*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Peoples Energy/Peoples Gas | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | Clarity Audio & Video Services Inc | $ 3,645.25 | $ 0.00 | $ 891.40 |
| 000004 | Empower HR | $ 73,414.55 | $ 0.00 | $ 17,952.59 |
| 000005 | James T Balog | $ 100.00 | $ 0.00 | $ 24.45 |
| 000007 | Sarica Foods | $ 36,000.00 | $ 0.00 | $ 8,803.35 |
| 000009 | European Imports Ltd | $ 23,157.91 | $ 0.00 | $ 5,662.97 |
| 000010 | Product Productions Inc | $ 35,159.72 | $ 0.00 | $ 8,597.86 |
| 000011 | Lehmann Colorado Meats, Inc | $ 14,927.64 | $ 0.00 | $ 3,650.37 |

Total to be paid to timely general unsecured creditors        $        45,582.99

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page )*

Prepared By: /s/Jay A. Steinberg
Chapter 7 Trustee

JAY A. STEINBERG, TRUSTEE
35 EAST WACKER
SUITE 1550
CHICAGO, IL 60601-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: )*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 04-13322-JBS
CKG Restaurant Group, Inc.                                                              Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: froman              Page 1 of 1              Date Rcvd: Aug 16, 2011
                              Form ID: pdf006           Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2011.
 db           +CKG Restaurant Group, Inc.,    1150 North Dearborn,    Chicago, IL 60610-2720
 aty          +Eugene S. Kraus,    Scott & Kraus, LLC,    150 South Wacker Drive,    Suite 2900,
                Chicago, IL 60606-4206
 aty          +Jason R. Sleezer,    Scott & Kraus, LLC,    150 S. Wacker Drive,    Suite 2900,
                Chicago, IL 60606-4206
 aty          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
 aty          +Sonia Kinra,    Scott & Kraus, LLC,    150 S. Wacker Drive,    Suite 2900,    Chicago, IL 60606-4206
 tr           +Jay A Steinberg, ESQ,    35 E. Wacker Drive, Suite 1550,    Chicago, IL 60601-2124
7951654       +Astor Street Financial, LLC,    c/o Shefsky & Froelich LTD,    444 North Michigan Avenue Suite 250,
                Chicago, IL 60611-3903
8186316       +Clarity Audio & Video Services Inc,     3304 N Broadway Unit 214,    Chicago Il 60657-3517
7951656       +DC Holdings,    1150 North Dearborn,    Chicago, IL 60610-2720
7951657       +Devonshire, LLC,    c/o Marks, Marks & Kaplan,    120 North LaSalle,    Chicago, IL 60602-2424
8232076       +Empower HR,    6 East Miner,    Arlington Heights, IL 60004-6012
8532936       +European Imports Ltd,    2475 N Elston Avenue,    Chicago, IL 60647-2033
7951658       +I-Dine Rewards Network,    875 North Michigan Avenue,    Chicago, IL 60611-1803
8236728       +James T Balog,    1555 N Dearborn Pkwy 23A,    Chicago, IL 60610-1456
10960693      +Lehmann Colorado Meats, Inc,    c/o Mitnick & Malzberg,    PO Box 429,    Frenchtown, NJ 08825-0429
7951660       +Peoples Energy/Peoples Gas,    130 E Randolph Dr,    Chicago, IL 60687-0001
8868841       +Product Productions Inc,    Mark Grzymala / Rohlfing & Oberholtzer,
                One East Wacker Drive Suite 2420,    Chicago, IL 60601-1474
8428634       +Rewards Network Establishment Services,     C/O David A Newby,    39 S LaSalle Street  Suite 820,
                Chicago, IL 60603-1616
7951661       +Ron Gertzman,    205 West Randolph,    Suite 401,    Chicago, IL 60606-1834
8369147       +Sarica Foods,    C/O Deer & Stone P C,    130 S Jefferson Street Suite 501,
                Chicago, IL 60661-5764
7951662       +Sheryl Novak,    5523 Hodges Run,    Roscoe, IL 61073-6501
7951663       +Webster Properties LLC,    c/o Sanford Kahn Ltd,    180 N LaSalle, Suite 2025,
                Chicago, IL 60601-2611
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7951655       +E-mail/Text: legalcollections@comed.com Aug 17 2011 10:36:24      ComEd,    2100 Swift Drive,
                Oak Brook, IL 60523-1559
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty           Lois West
 aty           Popowcer Katten Ltd
7951659       ##+Keebler & Partners,    503 West Aldine,    Suite 2,    Chicago, IL 60657-3753
8138736       ##+United States Trustee,    227 W Monroe Ste 3350,    Chicago Il 60606-5099
                                                                                              TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2011**            **Signature:**     _Joseph Speetjens_