# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 04 B 13322 |
| | } | CHAPTER 7 |
| CKG Restaurant Group, Inc., | } | JUDGE JACK B. SCHMETTERER |
| | } | |
| | } | HEARING DATE: SEPTEMBER 29, 2011 |
| DEBTOR(S). | } | HEARING TIME   10:30 A.M. |
| | | ROOM 682 |

## NOTICE OF MOTION

**TO:** See attached Service List.

On September 29, 2011, at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Jack B. Schmetterer or any judge sitting in his stead, in the courtroom usually occupied by him in Room 682 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present the attached **SCOTT & KRAUS, LLC'S FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES,** a copy of which is attached.

Dated: September 1, 2011

By:_____/s/ Jason R. Sleezer
JASON R. SLEEZER
SCOTT & KRAUS, L.L.C.
150 SOUTH WACKER DRIVE
SUITE 2900
CHICAGO, IL 60606
(312) 327-1058 (telephone)

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on September 1, 2011, (s)he caused a true and correct copy of the attached NOTICE OF and SCOTT & KRAUS, LLC'S FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES to be mailed to the recipients indicated on the attached Service List, proper postage prepaid, or via electronic notice and filing.

                   /s/ Jason R. Sleezer

# SERVICE LIST

| | |
|---|---|
| CKG Restaurant Group, Inc.<br>c/o Joseph E. Cohen<br>Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, Illinois 60602 | CKG Restaurant Group, Inc.<br>1150 North Dearborn<br>Chicago, IL 60610 |
| Office of the U.S. Trustee<br>227 West Monroe Street<br>Suite 3350<br>Chicago, Illinois 60606 | Ron Gertzman<br>205 West Randolph<br>Suite 401<br>Chicago, Illinois 60606 |
| Donald F. Engel<br>320 W. Ohio Street<br>Suite 501<br>Chicago, Illinois 60610 | Webster Properties<br>c/o Sanford Kahn Ltd<br>180 N LaSalle, Suite 2025<br>Chicago, IL 60601 |
| I-Dine Rewards Network<br>c/o David A. Newby<br>Coman & Anderson, P.C.<br>2525 Cabot Drive, Suite 300<br>Lisle, Illinois 60532 | ComEd<br>2100 Swift Drive<br>Oak Brook, Illinois 60523 |
| Astor Street Financial, LLC<br>c/o Lawrence C. Ruken<br>Shefsky & Froelich LTD<br>444 North Michigan Avenue<br>Suite 250<br>Chicago, Illinois 60611 | Peoples Energy/Peoples Gas<br>Bill Payment Center<br>Chicago, Illinois 60606 |
| Devonshire, LLC<br>c/o Marks, Marks & Kaplan<br>120 North LaSalle<br>Chicago, Illinois 60602 | DC Holdings<br>1150 N. Dearborn<br>Chicago, Illinois 60610 |
| Bruce Wald<br>Tishler & Wald<br>200 South Wacker Drive<br>Suite 3000<br>Chicago, Illinois 60606 | Eileen Kahn<br>Richard Christoff<br>Sanford Kahn, Ltd.<br>180 N. LaSalle St.<br>Suite 2025<br>Chicago, IL 60606 |

| | |
|---|---|
| Lawrence C. Rubin<br>Shefsky & Froelich Ltd<br>444 North Michigan Avenue<br>Chicago, IL 60611 | Helen Glover<br>Deer & Stone, PC<br>130 S. Jefferson St.<br>Suite 501<br>Chicago, Illinois 60661 |
| Elizabeth Howlett<br>500 Richard J Daley Center<br>Chicago, Illinois 60602 | Michael T. Terebo<br>Cook County State's Attorney<br>500 Richard J. Daley Center<br>Chicago, Illinois 60602 |
| Sheryl Novak<br>5523 Hodges Run<br>Roscoe, IL 61073 | Product Productions Inc<br>Mark Grzymala / Rohlfing & Oberholtzer<br>OneEast Wacker Drive Suite 2420<br>Chicago, IL 60601 |
| Lehmann Colorado Meats, Inc<br>c/o Mitnick & Malzberg<br>PO Box 429<br>Frenchtown, NJ 08825 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 |
| James T Balog<br>1555 N Dearborn Pkwy 23A<br>Chicago, IL | European Imports Ltd<br>2475 N Elston Avenue<br>Chicago, IL 60647 |
| Empower HR<br>6 East Miner<br>Arlington Heights, IL 60004 | Clarity Audio & Video Services Inc<br>3304 N Broadway Unit 214<br>Chicago Il 60657 |
| Raymond J Ostler<br>Gomberg Sharfman Gold Et Al<br>208 S Lasalle St Ste 1200<br>Chicago, IL 60604 | James B Gottlieb<br>Chuhak & Tecson PC<br>30 South Wacker Drive Suite 2600<br>Chicago, IL 60606 |
| Keebler & Partners<br>503 West Aldine<br>Suite 2<br>Chicago, Illinois 60657 | |

-{00219174.DOC/v1/2785/030/9/1/2011 01:30 PM}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 04 B 13322 |
| | } | CHAPTER 7 |
| CKG Restaurant Group, Inc., | } | JUDGE JACK B. SCHMETTERER |
| | } | |
| | } | HEARING DATE:  SEPTEMBER 29, 2011 |
| DEBTOR(S). | } | HEARING TIME    10:30 A.M. |
| | | ROOM 682 |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION
## (APPENDIX TO RULE 607)

Name of Applicant:    Jay A. Steinberg, Trustee
Scott & Kraus, LLC, as counsel to the Trustee

Authorized to Provide
Professional Services to:    Jay A. Steinberg, as Trustee of the above-referenced estate

Date of Order Authorizing Employment:    May 18, 2004

Period of Which
Compensation is sought:    April 1, 2006 through August 31, 2011, and any unpaid fees from May 28, 2004 through March 31, 2006

Amount of Fees Sought:    $30,000.00 out of $131,139.86

Amount of Expense Reimbursement Sought: $0.00

This is an:  Interim Application ____   Final Application ___X___

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

This is S&K's final request for an award of fees and reimbursement of expenses pursuant to the provisions of 11 U.S.C. §331 and covers the period between April 1, 2006 through August 31, 2011. Two prior requests were made: the first Interim Fee Application was filed on November 7, 2005 for the period between May 28, 2004 through October 14, 2005. See Docket Item No. 131. No order was entered thereon. The second Interim Fee Application was filed on April, 2006 for the period between May 28, 2004 through March 31, 2006. See Docket Item No. 159. On June 26, 2006, this Court allowed $20,000.00 be paid to S&K on its second Interim Fee

{00219902.DOC/v1/2785/030/9/1/2011 01:21 PM}

5

Application. See Docket Item No. 161. To date, S&K has been allowed $20,000.00 and paid $21,377.86 in fees.

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is $21,377.86.

JAY A. STEINBERG, as Chapter 7 Trustee
of the Estate of CKG Restaurant Group, Inc.

September 1, 2011

/s/   Jason R. Sleezer
One of His Attorneys

Eugene S. Kraus (6201457)
Jason R. Sleezer (6285180)
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60610
(312) 327-1050
(312) 327-1051 fax

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | } CASE NO. 04 B 13322 |
| | } CHAPTER 7 |
| CKG Restaurant Group, Inc., | } JUDGE JACK B. SCHMETTERER |
| | } |
| | } HEARING DATE: SEPTEMBER 29, 2011 |
| DEBTOR(S). | } HEARING TIME 10:30 A.M. |
| | ROOM 682 |

## FINAL APPLICATION FOR
## ALLOWANCE OF FEES AND REIMBURSEMENT OF
## EXPENSES OF SCOTT & KRAUS AS COUNSEL FOR THE TRUSTEE

Scott & Kraus ("S&K"), attorneys for Jay A. Steinberg, as Chapter 7 Trustee for the Estate of CKG Restaurant Group, Inc., (the "Trustee"), submits this **Final Application** for Allowance of Fees and Reimbursement of Expenses (the "Application") for approval of legal fees in the amount of $124,448.17, reimbursement of expenses in the amount of $6,691.69 and **for compensation and payment from the Estate in the amount of $30,000.00**[1] and incurred from April 1, 2006 through August 31, 2011 (the "Relevant Period") pursuant to 11 U.S.C. § 331 and Bankruptcy Rule 2002 (a)(6). In support of this Application, S&K respectfully represents:

### I. Narrative Summary

S&K's principal activities have included:

- pursue the recovery of funds placed on deposit by the Debtor with the Clerk of the Circuit Court of Cook County during prior litigation and negotiate the Debtor's landlord's claim to those funds;

---

[1] Pursuant to the Trustee's Final Report filed on August 15, 2011, Docket Item No. 245, the sum of $30,000.00 has been set aside by the Trustee from Estate Funds as and for payment of S&K's reduced fees and expenses.

- negotiate the resolution of secured creditors' claims to property of the estate;

- obtain appraisals of property of the estate left at the site of the Debtor's operations;

- oversee the removal of personal property from the site of Debtor's operations,

- conduct preference analysis, issue Preference Demand Letters, prepare and prosecute Adversary Complaints for return of preferential payments;

- request an interim distribution of funds to the Debtor's primary secured creditor;

- arrange for and oversee the removal of the Debtor's financial records and provide for their safekeeping;

- prepare prior interim fee application;

- prepare this final fee application.

This is S&K's final request for an award of fees and reimbursement of expenses pursuant to the provisions of 11 U.S.C. §331 and covers the period between April 1, 2006 through August 31, 2011. Two prior requests were made: the first Interim Fee Application was filed on November 7, 2005 for the period between May 28, 2004 through October 14, 2005. See Docket Item No. 131. No order was entered thereon. The second Interim Fee Application was filed on April, 2006 for the period between May 28, 2004 through March 31, 2006. See Docket Item No. 159. On June 26, 2006, this Court allowed $20,000.00 be paid to S&K on its second Interim Fee Application. See Docket Item No. 161. To date, S&K has been allowed $20,000.00 and paid $21,377.86 in fees.

The Trustee and his counsel appeared at numerous hearings both in the Circuit Court of Cook County and Bankruptcy Court for hearings on the recovery of funds from the Clerk of the Circuit Court, prepared and argued the necessary pleadings for those hearings, engaged in

{00219174.DOC/v1/2785/030/9/1/2011 01:30 PM}  2

numerous negotiations with the landlord and secured creditors, retained and met with appraisers, conducted legal research into issues involving jurisdiction, UCC filings and property of the estate, reviewed countless loan documents, security agreements and UCC filings, appeared in court at hearings to determine secured creditors' priority, conducted a preliminary preference analysis, filed preference actions and prepared their fee application.

Between April 1, 2006 through August 31, 2011, S&K incurred legal fees in the aggregate sum of $77,223.30, and costs and expenses totaling $6,919.69. S&K had a carry forward balance for unpaid fees prior to April 1, 2006 in the aggregate amount of $47,224.87. S&K's total outstanding fees are $124,448.17. For the benefit of the unsecured creditors, **S&K has agreed to reduce its fees and seek reimbursement and allowance of payment in the total amount of $30,000.00**.

Wherefore, Scott & Kraus, LLC requests approval of its fees and expenses in the amount of $131,139.86 and for compensation in the amount of $30,000.00 to be allowed and paid from Estate funds.

### I. Background

CKG Restaurant Group, Inc., (the "Debtor") filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code on April 5, 2004 (the "Petition Date"). The case was converted to a proceeding under chapter 7 on May 18, 2004. The Trustee was appointed as the interim chapter 7 Trustee, and S&K began performing legal services on behalf of the Trustee on May 28, 2004.

### II. Services Rendered by S&K

This is S&K's final request for an award of fees and reimbursement of expenses pursuant to the provisions of 11 U.S.C. §331 and covers the period between April 1, 2006 through August

31, 2011. Two prior requests were made: the first Interim Fee Application was filed on November 7, 2005 for the period between May 28, 2004 through October 14, 2005. See Docket Item No. 131. No order was entered thereon. The second Interim Fee Application was filed on April, 2006 for the period between May 28, 2004 through March 31, 2006. See Docket Item No. 159. On June 26, 2006, this Court allowed $20,000.00 be paid to S&K on its second Interim Fee Application. See Docket Item No. 161. To date, S&K has been allowed $20,000.00 and paid $21,377.86 in fees.

During the Relevant Period, S&K directed its efforts at recovering monies put on deposit by the Debtor with the Clerk of the Circuit Court of Cook County and negotiating the Debtor's landlord's claim to those funds, negotiating the resolution of secured creditors' claims to property of the estate, obtaining appraisals of property of the estate left at the site of the Debtor's operations, overseeing the removal of personal property from the site of Debtor's operations by certain of the Debtor's employees, requesting an interim distribution of funds to the Debtor's primary secured creditor, appeared in court at hearings to determine secured creditors' priority, performing a preference analysis, arranging for and overseeing the removal of the Debtor's financial records to provide for their safekeeping, and prosecuting adversary proceedings for return of preferential payments.

S&K has been mindful of the need to avoid undue legal fees in this case and has taken all reasonable steps to provide cost-effective representation while rendering services with the highest degree of skill and professionalism.

S&K has endeavored to eliminate duplication of effort by giving primary responsibility of the case to one attorney as much as possible throughout the pendency of the case, while staffing other attorneys on an as-needed basis.

From **April 1, 2006 through August 31, 2011**, S&K professionals provided a total of **391.8** hours of legal services to the Trustee in this case. From **May 28, 2004 through March 31, 2005**, S&K professionals provided a total of **525.6** hours of legal services to the Trustee in this case. During the Relevant Period, S&K has provided services in the following three general categories: (1) Court Hearings/Motions and Pleadings 7 Case Administration; (2) Preference Litigation; and (3) Fee Application Preparation. S&K does not seek reimbursement for preparing this fee application. The amount of fees incurred with respect to each category is as follows:

| Category | Fees Incurred |
|---|---|
| Court Hearings & Case Administration | $15,995.00 |
| Preference Litigation | $61,228.30 |
| Expenses | $6,691.69 |
| Carry Forward Fee Balance | $48,224.87 |
| Fee Application | $0.00 |
| **TOTAL** | **$131,139.86** |

Detailed descriptions of the tasks performed within these categories and the results therefrom are set forth below. Additionally, the exhibits attached hereto as Exhibit 1-4 set forth the itemization of the legal services rendered by S&K, describing such services according to the specific tasks performed and identifying: (a) the attorney or legal assistant who performed them; (b) the time taken to perform them; and (c) the dates on which the task was performed.

The legal services performed on behalf of the Trustee during the time period covered by this Application are as follows:

### Court Hearings/Motions and Pleadings & Case Administration

During the Relevant Period, S&K expended hours on legal services in connection with advancing the position of the Trustee on numerous matters before the Bankruptcy Court. These services included attending miscellaneous hearings and drafting orders and pleadings related recovery of money from the clerk of the court, determination of creditor's secured statuses to this bankruptcy case., as well as monitoring the status reviewing various pleadings and motions filed with the Court and monitoring the status of the bankruptcy case and the related adversary proceedings The following attorneys and staff were involved in these matters:

| **Attorney** | **Hours** | **Hourly Rate** | **Amount** |
|---|---|---|---|
| B. Lazarus | 8.4 | $135.00 | $1,134.00 |
| J. Sleezer | 74.10 | $185.00[2] | $13,578.00 |
| S. Kinra | 3.1 | $185.00[3] | $501.50 |
| **Para-professionals** | | | |
| J. Nestor | 2.4 | $140.00 | $336.00 |
| R. Ybarra | Flat Fee | | $70.00 |
| B. Jabaay | 3.3 | $135.00 | 445.50 |
| **TOTAL** | **92** | | **$15,995.00**[4] |

### Preference Litigation

During the Relevant Period, S&K devoted a total of 299.80 hours of professional time on legal services in connection with advancing the position of the Trustee on numerous matters relating to preference claims and actions. The services included performing preference analysis, drafting and preparing preference demand letters, communicating with interested parties and successfully negotiating settlements. The following attorneys and staff were involved in these matters:

---

[2] Two entries were billed at the rate of $140.00, for at total sum at this rate of $70.00.

[3] Two entries were billed at the rate of $140.00, for at total sum at this rate of $92.00.

[4] Bills for these entries are included herewith as Exhibit 1.

| **Attorney** | **Hours** | **Hourly Rate** | |
|---|---|---|---|
| J. McArdle | 168.1 | $240.00 | |
| J. Sleezer | 44.7 | $185.00 | |
| S. Kinra | 12.6 | $185.00 | |
| M. Cohen | 3.8 | $250.00 | |
| G. Bird | 0.1 | $240.00 | |
| **Para-professionals** | | | |
| P. Costello | 1.7 | $135.00 | |
| K. Fearing | 43.3 | $135.00 | |
| A. Rudel | 1.8 | $135.00 | |
| D. Bradley | 1.7 | $55.00 | |
| J. Watson | 0.6 | $135.00 | |
| **Total** | **299.80** | | **$61,228.30**[5] |

### Fee Application

During the Relevant Period, S&K prepared this Final fee application, for which it does not seek approval of time expended.

### Expenses

S&K incurred out-of-pocket expenses in connection with its representation of the Trustee in this case. Each expense was actually and necessarily required in the representation of the Trustee, and the aggregate sum is $6,691.69, which include;

- Filing fees for Adversaries: $6,276.50
- Postage Fees: $164.89
- Messenger Fees: $30.00
- Copy fees: $550.08
- Sums not sought: $
- **Total: $6,691.69**[6]

### Prior Litigation

The following relates to fees previously sought through the second Interim Fee Petition, filed on April, 2006 for the period between May 28, 2004 through March 31, 2006. See Docket Item No. 159. On June 26, 2006, this Court allowed $20,000.00 be paid to S&K

---

[5] Bills for these entries are attached hereto as Exhibit 2.

[6] Bills for these entries are attached hereto as Exhibit 3.

on its second Interim Fee Application. See Docket Item No. 161. During the Relevant Period, S&K expended hours on legal services in connection with advancing the position of the Trustee on numerous matters before the Circuit Court of Cook County and the Bankruptcy Court. These services included attending miscellaneous hearings and drafting orders and pleadings related recovery of money from the clerk of the court, determination of creditor's secured statuses to this bankruptcy case, as well as monitoring the status reviewing various pleadings and motions filed with the Court and monitoring the status of the bankruptcy case and the related adversary proceedings The following attorneys and staff were involved in these matters:

| **Attorney** | **Hours** | **Hourly Rate** | **Amount** |
|---|---|---|---|
| E. Kraus | 21.1 | $250.00 | $5,275.00 |
|  | 4.1 | $275.00 | $1,127.50 |
| J. McArdle | 134.2 | $210.00 | $28,182.00 |
|  | 98.5 | $240.00 | $23,640.00 |
| J. Sleezer | 24.0 | $185.00 | $4,440.00 |
| S. Kinra | 63.7 | $185.00 | $11,784.50 |
| T. Egan | 0.6 | $250.00 | $150.00 |
| **Para-professionals** | | | |
| K. Fearing | 1.1 | $115.00 | $126.50 |
|  | 153.4 | $135.00 | $20,709.00 |
| D. Bradley | 7.6 | $55.00 | $418.00 |
| P. Costello | 15.3 | $135.00 | $2,065.50 |
| A. Sleezer | 2.0 | $55.00 | $110.00 |
| **SUBTOTAL BILLED** | **525.6** | | $68,218.73[7] |
| PAYMENT | | | ($21,377.86) |
| **TOTAL** | | | **$47,224.87**[8] |

---

[7] Of this sum, $20,000.00 was previously allowed to be paid via the Court's June 26, 2006 Order. Docket Item No. 161. S&K hereby seeks additional approval of the balance, so that an aggregate payment of $30,000.00 may be allowed and paid, via Estate Funds, by approval of the fees and expenses identified herein.

[8] Bills for these entries are attached hereto as Exhibit 4.

**Notice**

A copy of this Application has been served on counsel for the Debtor and all parties in interest.

WHEREFORE, S&K respectfully requests that this Court enter an Order:

A. Granting this Application;

B. Approving the fees incurred by S&K for its representation of the Trustee in the of amount of $131,139.86 for professional services and fees rendered to the Trustee from April 1, 2006 through August 31, 2011 and for all prior unpaid, carry forward fees from May 28, 2004 through March 31, 2006;

    C. Allowing payment to S&K in the amount of $30,000.00 for professional services and fees rendered to the Trustee from April 1, 2006 through August 31, 2011 and for all prior unpaid, carry forward fees from May 28, 2004 through March 31, 2006;

D. Granting S&K such other and further relief as this Court deems just and proper.

Dated: September 1, 2011                                    SCOTT & KRAUS, L.L.C.


                                                            By:/s/      Jason R. Sleezer

Eugene S. Kraus (6201457)
Jason R. Sleezer (6285180)
Scott & Kraus, LLC
150 South Wacker Drive
Suite 2900
Chicago, IL 60610
(312) 327-1050
(312) 327-1051 fax