# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CKG RESTAURANT GROUP, INC. | § | Case No. 04-13322 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAY A. STEINBERG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter      on              , and it was converted to chapter 7 on              .  The case was pending for      months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JAY A. STEINBERG, TRUSTEE _____
                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

<u>EXHIBIT 1 – GROSS RECEIPTS</u>

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | REWARDS NETWORK ESTABLISHMENT SERVI | | | | | |
| 000006 | WEBSTER PROPERTIES LLC | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEINBERG, TRUSTEE | | | | | |
| INTL SURETIES | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTL SURETIES | | | | | |
| REEBIE | | | | | |
| UNITED STATES TRUSTEE | | | | | |
| SCOTT & KRAUS | | | | | |
| SCOTT & KRAUS | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Astor Street Financial LLC | | | | | |
| | Com Ed | | | | | |
| | DC Holdings | | | | | |
| | Devonshire LLC | | | | | |
| | I-Dine Rewards Network | | | | | |
| | Keebler & Partners | | | | | |
| | Ron Gertzman | | | | | |
| | Sheryl Novak | | | | | |
| | Webste Properties | | | | | |
| 000004 | EMPOWER HR | | | | | |
| 000009 | EUROPEAN IMPORTS LTD | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | JAMES T BALOG | | | | | |
| 000011 | LEHMANN COLORADO MEATS, INC | | | | | |
| 000001 | PEOPLES ENERGY/PEOPLES GAS | | | | | |
| 000010 | PRODUCT PRODUCTIONS INC | | | | | |
| 000007 | SARICA FOODS | | | | | |
| 000003 | CLARITY AUDIO & VIDEO SERVICES INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No:    04-13322    JBS    Judge: JACK B. SCHMETTERER | Trustee Name:    JAY A. STEINBERG, TRUSTEE |
| Case Name:    CKG RESTAURANT GROUP, INC. | Date Filed (f) or Converted (c):    05/13/04 (c) |
| | 341(a) Meeting Date:    06/25/04 |
| For Period Ending:  04/18/12 | Claims Bar Date:    06/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. FUNDS ON DEPOSIT<br>Escrow funds on deposit with Clerk of the Circuit Court of Cook<br>County related to mortgage foreclosure action | 217,000.00 | 210,598.88 | | 210,598.88 | FA |
| 2. CHECKING ACCOUNT<br>North Community Bank - checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3. DEPOSIT-UTILITY<br>People's Energy | 1,847.00 | 1,847.00 | | 824.86 | FA |
| 4. DEPOSIT-UTILITY<br>ComEd | 6,779.00 | 0.00 | | 0.00 | FA |
| 5. CAUSES OF ACTION<br>for failure to grant right of first refusal and for failure to grant option to<br>purchase | Unknown | Unknown | | 0.00 | FA |
| 6. OFFICE EQUIPMENT | 10,000.00 | 0.00 | | 0.00 | FA |
| 7. RESTAURANT EQUIPMENT & FIXTURES | 50,000.00 | 0.00 | | 0.00 | FA |
| 8. PREFERENCE SETTLEMENT - European Imports (u)<br>SETTLEMENT WITH EUROPEAN IMPORTS, LTD | 0.00 | 9,516.40 | | 9,516.40 | FA |
| 9. PREFERENCE SETTLEMENT - Squirrel Systems (u)<br>SETTLEMENT WITH SQUIRREL SYSTEMS, G.P. | 0.00 | 2,337.64 | | 2,337.64 | FA |
| 10. PREFERENCE RECOVERIES - Multiple Entities (u)<br>Recoveries of from transferees:  Heritage Wine, Natural Juice, Hayes<br>Mechanical, M. Shanken, Connisseur Wines & Clear Channel | Unknown | 0.00 | | 24,323.00 | FA |
| 11. PREFERENCE SETTLEMENT - Empower (u)<br>Transferee - Empower | 0.00 | 3,750.00 | | 3,750.00 | FA |
| 12. PREFERENCE SETTLEMENT - Pure Wine (u)<br>Steinberg v. Pure Wine Company 06 A 918 | 0.00 | 0.00 | | 6,500.00 | FA |
| 13. PREFERENCE SETTLEMENT - L & L Packing | 0.00 | 0.00 | | 6,500.00 | FA |

Ver: 16.06a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 04-13322 | JBS | Judge: JACK B. SCHMETTERER |
|---|---|---|---|
| Case Name: | CKG RESTAURANT GROUP, INC. | | |

| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 05/13/04 (c) |
| 341(a) Meeting Date: | 06/25/04 |
| Claims Bar Date: | 06/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| L & L Packing | | | | | |
| 14. PREFERENCE SETTLEMENT - Cream Wines | 0.00 | 8,305.66 | | 8,305.66 | FA |
| Preference Recovery from Cream Wines | | | | | |
| 15. PREFERENCE SETTLEMENT - Vin di Vino (u) | 0.00 | 2,338.73 | | 2,338.73 | FA |
| Vin Di Vino | | | | | |
| 16. PREFERENCE SETTLEMENT -  True Foods | 0.00 | 35,000.00 | | 6,000.00 | FA |
| Settlement with True Foods - Court approved 11/4/10 | | | | | |
| 17. PREFERENCE SETTLEMENT - Northwest Meat Co. (u) | 0.00 | 0.00 | | 2,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,444.92 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $285,626.00 | $273,694.31 | | $284,440.09 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Collected additional $18,000  in 2010 on preferences and resolved last of the adversary proceedings in December, 2010.

TFR filed; final hearing held; final distribution made; unclaimed funds deposited with Clerk of Court

Initial Projected Date of Final Report (TFR): 04/30/05       Current Projected Date of Final Report (TFR): 08/01/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   1

Exhibit 9

| Case No: | 04-13322  -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
|---|---|---|---|
| Case Name: | CKG RESTAURANT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | |
| For Period Ending: | 04/18/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/01/05 | 1 | CLERK, CIRCUIT COURT OF COOK COUNTY COURT ORDER DEPOSIT ACCOUNT RICHARD J. DALEY CENTER - ROOM 1005 CHICAGO, ILLINOIS 60602 | # 03 M1-714222/CKG FUNDS ON DEPOSIT | 1249-000 | 210,598.88 | | 210,598.88 |
| 02/18/05 | 000301 | FRED LATSKO LATSKO INTERESTS 1430 NORTH DEARBORN STREET CHICAGO, ILLINOIS 60610 | SETTLEMENT OF DISPUTE RE: FUNDS ON DEPOSIT WITH CLERK OF CIRCUIT COURT OF COOK COUNTY, ILLINOIS | 4120-000 | | 7,500.00 | 203,098.88 |
| 02/18/05 | 000302 | FRED LATSKO LATSKO INTERESTS 1430 NORTH DEARBORN STREET CHICAGO, ILLINOIS 60610 | SETTLEMENT OF DISPUTE RE: FUNDS ON DEPOSITWITH CLERK OF CIRCUIT COURT OF COOK COUNTY, ILLINOIS | 4120-000 | | 20,000.00 | 183,098.88 |
| 02/18/05 | 000303 | FRED LATSKO LATSKO INTERESTS 1430 NORTH DEARBORN STREET CHICAGO, ILLINOIS 60610 | SETTLEMENT OF DISPUTE RE: FUNDS ON DEPOSIT WITH CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS | 4120-000 | | 86,750.00 | 96,348.88 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 32.24 | | 96,381.12 |
| 03/23/05 | 000304 | International Sureties, Ltd. Suite 1700 210 Barone Street New Orleans, LA  70112 | Trustee's Bond Premium Bond # 016026155 Term:  02/01/05 to 02/01/06 | 2300-000 | | 110.66 | 96,270.46 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 22.55 | | 96,293.01 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 19.78 | | 96,312.79 |
| 05/26/05 | 000305 | REWARDS NETWORK ESTABLISHMENT SERVICES | SECURED CREDITOR per order entered 5/25/05 | 4210-000 | | 50,000.00 | 46,312.79 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 20.46 | | 46,333.25 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 14.32 | | 46,347.57 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.84 | | 46,357.41 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 23.63 | | 46,381.04 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 22.87 | | 46,403.91 |

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-13322 -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CKG RESTAURANT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2309 BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | |
| For Period Ending: | 04/18/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 23.65 | | 46,427.56 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 22.90 | | 46,450.46 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 23.67 | | 46,474.13 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 23.69 | | 46,497.82 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 33.12 | | 46,530.94 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 39.52 | | 46,570.46 |
| 04/12/06 | 10 | HERITAGE WINE CELLARS, LTD. 6600 WEST HOWARD AVENUE NILES, IL 60714 | PREFERENCE RECOVERY | 1241-000 | 13,394.69 | | 59,965.15 |
| 04/12/06 | 10 | NATURAL JUICE COMPANY | PREFERENCE RECOVERY | 1241-000 | 971.33 | | 60,936.48 |
| 04/12/06 | 10 | HAYES MECHANICAL 2160 N. ASHLAND AVENUE CHICAGO, IL 60614-3024 | PREFERENCE RECOVERY | 1241-000 | 152.10 | | 61,088.58 |
| 04/12/06 | 3 | PEOPLES GAS | REFUND OF DEPOSIT | 1129-000 | 824.86 | | 61,913.44 |
| 04/27/06 | 000306 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 53.28 | 61,860.16 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 45.28 | | 61,905.44 |
| 05/04/06 | 000307 | REEBIE MOVING & STORAGE COMPANY | Pursuant to order entered 4/27/06 | 2410-000 | | 1,184.00 | 60,721.44 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 51.81 | | 60,773.25 |
| 06/09/06 | 8 | EUROPEAN IMPORTS LTD. | PREFERENCE SETTLEMENT | 1241-000 | 9,516.40 | | 70,289.65 |
| 06/09/06 | 9 | SQUIRREL SYSTEMS, G.P. | PREFERENCE SETTLEMENT | 1241-000 | 2,337.64 | | 72,627.29 |
| 06/09/06 | 10 | M. SHANKEN COMMUNICATIONS, INC. | PREFERENCE SETTLEMENT | 1241-000 | 180.00 | | 72,807.29 |
| 06/12/06 | 000308 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE | 2410-000 | | 250.00 | 72,557.29 |
| 06/29/06 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 21,377.86 | 51,179.43 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 54.22 | | 51,233.65 |
| 07/11/06 | 000309 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE 6/1/06 - 6/30/06 | 2410-000 | | 50.00 | 51,183.65 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.50 | | 51,227.15 |
| 08/15/06 | 000310 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE 7/1/06 - 7/31/06 | 2410-000 | | 50.00 | 51,177.15 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 43.49 | | 51,220.64 |

Ver: 16.06a

FORM 2

Page:   3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 04-13322 -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 04/18/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2309  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 09/15/06 | 000311 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE 8/1/06 - 8/31/06 | 2410-000 | | 50.00 | 51,170.64 |
| | 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 42.08 | | 51,212.72 |
| | 10/26/06 | 000312 | REEBIE STORAGE & MOVING COMPANY | RECORD STORAGE 9/1/06 to 9/30/06 | 2410-000 | | 50.00 | 51,162.72 |
| | 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 43.49 | | 51,206.21 |
| | 11/22/06 | 000313 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE | 2410-000 | | 50.00 | 51,156.21 |
| | 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 42.09 | | 51,198.30 |
| | 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 43.48 | | 51,241.78 |
| | 01/05/07 | 000314 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 11/1/06 - 11/30/06 | 2410-000 | | 50.00 | 51,191.78 |
| | 01/05/07 | 000315 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 12/01/06 - 12/31/06 | 2410-000 | | 50.00 | 51,141.78 |
| | 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 43.49 | | 51,185.27 |
| * | 02/06/07 | 000316 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-003 | | 40.72 | 51,144.55 |
| | 02/15/07 | 10 | CONNOISSEUR WINES | PREFERENCE RECOVERY | 1241-000 | 5,624.88 | | 56,769.43 |
| | 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 40.64 | | 56,810.07 |
| | 03/01/07 | 000317 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 1/1/07 - 1/31/07 | 2410-000 | | 50.00 | 56,760.07 |
| * | 03/07/07 | 000316 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-003 | | -40.72 | 56,800.79 |
| | 03/07/07 | 000318 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 2/1/07 - 2/28/07 | 2410-000 | | 50.00 | 56,750.79 |
| | 03/07/07 | 000319 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM BOND # 016026455 | 2300-000 | | 38.85 | 56,711.94 |
| | 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 48.21 | | 56,760.15 |
| | 04/11/07 | 000320 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 3/1/07 - 3/31/07 | 2410-000 | | 50.00 | 56,710.15 |
| | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 46.64 | | 56,756.79 |
| | 05/09/07 | 000321 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE 4/1/07 - 4/30/07 | 2410-000 | | 50.00 | 56,706.79 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 04-13322 -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CKG RESTAURANT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | |
| For Period Ending: | 04/18/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 48.18 | | 56,754.97 |
| 06/25/07 | 000322 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE | 2410-000 | | 50.00 | 56,704.97 |
| | | | 5/1/07 - 5/31/07 | | | | |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 46.64 | | 56,751.61 |
| 07/09/07 | 000323 | REEBIE STORAGE & MOVING COMPANY | STORAGE FEE | 2410-000 | | 50.00 | 56,701.61 |
| | | | 6/1/07 - 6/30/07 | | | | |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 48.19 | | 56,749.80 |
| 08/30/07 | 000324 | REEBIE MOVING & STORAGE COMPANY | STORAGE FEE | 2410-000 | | 50.00 | 56,699.80 |
| | | | 7/1/07 TO 7/31/07 | | | | |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 48.20 | | 56,748.00 |
| 09/24/07 | 000325 | REEBIE MOVING & STORAGE COMPANY | STORAGE FEE | 2410-000 | | 50.00 | 56,698.00 |
| | | | 8/1/07 - 8/31/07 | | | | |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 36.15 | | 56,734.15 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 36.14 | | 56,770.29 |
| 11/02/07 | 000326 | REEBIE MOVING & STORAGE CO. | STORAGE FEE | 2410-000 | | 50.00 | 56,720.29 |
| | | | 9/1/07 - 9/30/07 | | | | |
| 11/02/07 | 000327 | REEBIE MOVING & STORAGE CO. | STORAGE FEE | 2410-000 | | 50.00 | 56,670.29 |
| | | | 10/1/07 - 10/31/07 | | | | |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 30.29 | | 56,700.58 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 27.11 | | 56,727.69 |
| 01/08/08 | 000328 | REEBIE MOVING & STORAGE CO. | STORAGE FEE | 2410-000 | | 100.00 | 56,627.69 |
| | | | 11/1/07 - 11/30/07 | | | | |
| | | | 12/1/07 - 12/31/07 | | | | |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 22.45 | | 56,650.14 |
| 02/07/08 | 000329 | REEBIE MOVING & STORAGE CO. | STORAGE FEE | 2410-000 | | 55.00 | 56,595.14 |
| | | | 1/1/08 - 1/31/08 | | | | |
| 02/18/08 | 000330 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BLANKET BOND PREMIUM | 2300-000 | | 71.78 | 56,523.36 |
| | | | BOND #016026455 | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 13.46 | | 56,536.82 |
| 03/21/08 | 000331 | REEBIE MOVING & STORAGE CO. | STORAGE FEE | 2410-000 | | 55.00 | 56,481.82 |
| | | | 2/1/08 - 2/29/08 | | | | |

FORM 2                                                                                                    Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| Case No: | 04-13322  -JBS | Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Case Name: | CKG RESTAURANT GROUP, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******2309  BofA - Money Market Account |
| Taxpayer ID No: | *******4102 | | |
| For Period Ending: | 04/18/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 13.36 | | 56,495.18 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 11.58 | | 56,506.76 |
| * 05/29/08 | 13 | L & L Packing Co. | PREFERENCE SETTLEMENT | 1141-003 | 6,500.00 | | 63,006.76 |
| * 05/29/08 | 13 | L & L Packing Co. | PREFERENCE SETTLEMENT | 1141-003 | -6,500.00 | | 56,506.76 |
| 05/29/08 | 13 | L & L Packing Co. | PREFERENCE RECOVERY | 1241-000 | 6,500.00 | | 63,006.76 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 7.18 | | 63,013.94 |
| 06/05/08 | 12 | PURE WINE COMPANY | PREFERENCE SETTLEMENT | 1241-000 | 3,250.00 | | 66,263.94 |
| | | 361 SOUTH FRONTAGE ROAD | | | | | |
| | | SUITE 130 | | | | | |
| | | BURR RIDGE, IL  60527 | | | | | |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.01 | | 66,271.95 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.42 | | 66,280.37 |
| 08/14/08 | 11 | Empower, Inc. | PREFERENCE RECOVERY | 1241-000 | 3,750.00 | | 70,030.37 |
| | | 700 Busse Highway | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.63 | | 70,039.00 |
| 09/19/08 | 12 | Mary Sarber | PREFERENCE RECOVERY | 1241-000 | 3,250.00 | | 73,289.00 |
| | | Pure Wine Company | | | | | |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 8.69 | | 73,297.69 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 7.11 | | 73,304.80 |
| 11/19/08 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 112.73 | 73,192.07 |
| | | | Transfer funds to pay Reebie Storage invoices for 8/08 and 9/08 | | | | |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 6.00 | | 73,198.07 |
| 12/09/08 | 10 | Clear Channel Management Services, LP | PREFERENCE RECOVERY | 1241-000 | 4,000.00 | | 77,198.07 |
| | | PO Box 659512 | | | | | |
| | | San Antonio,  TX  78265-9512 | | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 4.03 | | 77,202.10 |
| 01/26/09 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 550.00 | 76,652.10 |
| | | | Transfer funds to pay for records storage:  (8) months back invoices for $440 plus $110 for Jan | | | | |

FORM 2                                                                                          Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 04-13322 -JBS | | | Trustee Name: | JAY A. STEINBERG, TRUSTEE | |
| Case Name: | CKG RESTAURANT GROUP, INC. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******2309  BofA - Money Market Account | |
| Taxpayer ID No: | *******4102 | | | | | |
| For Period Ending: | 04/18/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | and Feb 09. | | | | |
| | | | Total $550.00 | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.31 | | 76,653.41 |
| 02/17/09 | 000332 | International Sureties, Ltd. | 2009 Blanket Bond Premium | 2300-000 | | 150.16 | 76,503.25 |
| | | 701 Poydras Street #420 | Bond No. 016260455 | | | | |
| | | New Orleans  LA  70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.18 | | 76,504.43 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.30 | | 76,505.73 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.14 | | 76,508.87 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.24 | | 76,512.11 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.15 | | 76,515.26 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.25 | | 76,518.51 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.25 | | 76,521.76 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.14 | | 76,524.90 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.24 | | 76,528.14 |
| 11/13/09 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 497.00 | 76,031.14 |
| | | | Transfer to pay costs of records destruction. Sending check out for signature in advance so to be able to remit same to Reebie immediately after 12/29 hearing on motion to destroy. | | | | |
| 11/13/09 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 937.66 | 75,093.48 |
| | | | Transfer funds to pay outstanding record storage fees prior to destruction.  (motion to destroy set for hearing 12/29/09). | | | | |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.11 | | 75,096.59 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.19 | | 75,099.78 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.18 | | 75,102.96 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.88 | | 75,105.84 |
| 03/04/10 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 213.67 | 74,892.17 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.19 | | 74,895.36 |

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-13322 -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| | |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 04/18/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2309  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/10 | 14 | Cream Wine Company LLC | PREFERENCE RECOVERY | 1241-000 | 8,305.66 | | 83,201.02 |
| | | 118 N. Peoria Street  3rd Floor | | | | | |
| | | Chicago  IL  60607 | | | | | |
| 04/16/10 | 15 | Vin di Vino | PREFERENCE RECOVERY | 1241-000 | 2,338.73 | | 85,539.75 |
| | | 1811 West Bryn Mawr Ave | | | | | |
| | | Chicago  IL  60660 | | | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.33 | | 85,543.08 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.63 | | 85,546.71 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.52 | | 85,550.23 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.63 | | 85,553.86 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.64 | | 85,557.50 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.52 | | 85,561.02 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.63 | | 85,564.65 |
| 11/09/10 | 16 | True World Foods | PREFERENCE RECOVERY | 1241-000 | 6,000.00 | | 91,564.65 |
| | | 950 Chase Avenue | | | | | |
| | | Elk Grove Village  IL  60007 | | | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.65 | | 91,568.30 |
| 12/14/10 | 17 | Northwest Meat Company | PREFERENCE RECOVERY | 1241-000 | 2,000.00 | | 93,568.30 |
| | | 440 N. Morgan | | | | | |
| | | Chicago  IL  60642 | | | | | |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.93 | | 93,572.23 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.97 | | 93,576.20 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.72 | | 93,576.92 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.79 | | 93,577.71 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 93,578.47 |
| 05/20/11 | | Transfer to Acct #*******2561 | Bank Funds Transfer | 9999-000 | | 233.64 | 93,344.83 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.80 | | 93,345.63 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 93,346.40 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.79 | | 93,347.19 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.79 | | 93,347.98 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 93,348.75 |

FOR M 2

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-13322 -JBS | |
| Case Name: | CKG RESTAURANT GROUP, INC. | |
| | | |
| Taxpayer ID No: | *******4102 | |
| For Period Ending: | 04/18/12 | |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2309  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 93,348.80 |
| * 10/03/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-003 | 0.46 | | 93,349.26 |
| * 10/03/11 | INT | Reverses Interest on 10/03/11 | INTEREST REC'D FROM BANK accrued in error | 1270-003 | -0.46 | | 93,348.80 |
| 10/03/11 | | Transfer from Acct #*******2561 | Bank Funds Transfer reversing incomplete transfer for final distribution | 9999-000 | 93,348.44 | | 186,697.24 |
| 10/03/11 | | Transfer to Acct #*******2561 | Final Posting Transfer for final distribution | 9999-000 | | 93,348.44 | 93,348.80 |
| 10/03/11 | | Transfer to Acct #*******2561 | Final Posting Transfer for final distribution | 9999-000 | | 93,348.80 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account   *******2309 | | Balance Forward | 0.00 | | | |
| | 20 | Deposits | 282,995.17 | 33 | Checks | 167,168.73 |
| | 83 | Interest Postings | 1,444.92 | 0 | Adjustments Out | 0.00 |
| | | | | 9 | Transfers Out | 210,619.80 |
| | | Subtotal | $ 284,440.09 | | | |
| | | | | | Total | $ 377,788.53 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 93,348.44 | | | |
| | | Total | $ 377,788.53 | | | |

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-13322 -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 04/18/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2561  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/29/06 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 21,377.86 | | 21,377.86 |
| 06/29/06 | 003001 | SCOTT & KRAUSS, L.L.C. | ATTORNEY FOR TRUSTEE | | | 21,377.86 | 0.00 |
| | | | PER ORDER ENTERED 6/26/06 | | | | |
| | | | Fees          20,000.00 | 3210-000 | | | |
| | | | Expenses       1,377.86 | 3220-000 | | | |
| 11/19/08 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 112.73 | | 112.73 |
| | | | Transfer funds to pay Reebie Storage invoices for 8/08 and 9/08 | | | | |
| 11/19/08 | 003002 | Reebie Data Bank | Records Storage | 2410-000 | | 112.73 | 0.00 |
| | | PO Box 66973 | Inv. Nos. 8070347 & 8080345 | | | | |
| | | Slot 302171 | | | | | |
| | | Chicago  IL  60666 | | | | | |
| 01/26/09 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 550.00 | | 550.00 |
| | | | Transfer funds to pay for records storage:  (8) months back invoices for $440 plus $110 for Jan and Feb 09. | | | | |
| | | | Total  $550.00 | | | | |
| 01/26/09 | 003003 | Reebie Data Bank | Records Storage -- 8030355,8040354, | 2410-000 | | 550.00 | 0.00 |
| | | PO Box 66973 | 8050352,8060350,8100345,8110341,8120340,8130 | | | | |
| | | Slot 302171 | 341 | | | | |
| | | Chicago  IL  60666 | and charges for 1/09 and 2/09 | | | | |
| 11/13/09 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 497.00 | | 497.00 |
| | | | Transfer to pay costs of records destruction. Sending check out for signature in advance so to be able to remit same to Reebie immediately after 12/29 hearing on motion to destroy. | | | | |
| 11/13/09 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 937.66 | | 1,434.66 |
| | | | Transfer funds to pay outstanding record storage fees prior to destruction.  (motion to destroy set for | | | | |

LFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

Ver: 16.06a

FORM 2

Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          04-13322  -JBS
Case Name:     CKG RESTAURANT GROUP, INC.

Taxpayer ID No:  *******4102
For Period Ending:  04/18/12

Trustee Name:     JAY A. STEINBERG, TRUSTEE
Bank Name:        BANK OF AMERICA, N.A.
Account Number / CD #:      *******2561  BofA - Checking Account

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | hearing 12/29/09). | | | | |
| 11/13/09 | 003004 | Reebie Data Bank<br>PO Box 66973<br>Slot 302171<br>Chicago  IL  60666 | Outstanding Records Storage Fees<br>Account RS 286<br>To pay for storage through December 2009; | 2410-000 | | 937.66 | 497.00 |
| 11/13/09 | 003005 | Reebie Data Bank<br>PO Box 66973<br>Slot 302171<br>Chicago  IL  60666 | Destruction of Records - CKG<br>Account RS 286<br>To pay for storage through December 2009; | 2410-000 | | 497.00 | 0.00 |
| 03/04/10 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 213.67 | | 213.67 |
| 03/04/10 | 003006 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans   LA  70139 | Bond Premium Payments<br>2010 Bond premium | 2300-000 | | 213.67 | 0.00 |
| 05/20/11 | | Transfer from Acct #*******2309 | Bank Funds Transfer | 9999-000 | 233.64 | | 233.64 |
| 05/20/11 | 003007 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans   LA  70139 | TR Blanket Bond Premium<br>Bond #016026455 | 2300-000 | | 233.64 | 0.00 |
| 10/03/11 | | Transfer from Acct #*******2309 | Transfer In From MMA Account<br>for final distribution | 9999-000 | 93,348.44 | | 93,348.44 |
| 10/03/11 | | Transfer from Acct #*******2309 | Transfer In From MMA Account<br>for final distribution | 9999-000 | 93,348.80 | | 186,697.24 |
| 10/03/11 | 003008 | Jay A. Steinberg, Trustee<br>35 East Wacker Drive<br>Suite 1550<br>Chicago  IL  60601 | Trustee Compensation | 2100-000 | | 15,000.00 | 171,697.24 |
| 10/03/11 | 003009 | United States Trustee<br>227 W Monroe Ste 3350<br>Chicago Il 60606 | Claim 000002, Payment 100.00% | 2950-000 | | 250.00 | 171,447.24 |
| 10/03/11 | 003010 | Popowcer & Katten, Ltd. | Accountant for Trustee Fees (Other | 3410-000 | | 3,881.50 | 167,565.74 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Ver: 16.06a

FORM 2

Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-13322 -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| | |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 04/18/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2561  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/03/11 | 003011 | Attn:   Lois West<br>35 East Wacker Drive  #1550<br>Chicago  IL  6601<br>Popowcer & Katten, Ltd. | Accountant for Trustee Expenses (Ot | 3420-000 | | 24.25 | 167,541.49 |
| 10/03/11 | 003012 | Attn:   Lois West<br>35 East Wacker Drive  #1550<br>Chicago  IL  6601<br>SCOTT & KRAUS<br>150 SOUTH WACKER DRIVE<br>SUITE 2900<br>CHICAGO, IL 60610 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 30,000.00 | 137,541.49 |
| * 10/03/11 | 003013 | Clarity Audio & Video Services Inc<br>3304 N Broadway Unit 214<br>Chicago Il 60657 | Claim 000003, Payment 8.36%<br>Past 90 days; Stop pay and deposit with court to<br>close case.  ECB<br><br>January 19, 2012, 03:35 pm | 7100-004 | | 304.77 | 137,236.72 |
| 10/03/11 | 003014 | Empower HR<br>6 East Miner<br>Arlington Heights, IL 60004 | Claim 000004, Payment 8.36% | 7100-000 | | 6,137.90 | 131,098.82 |
| 10/03/11 | 003015 | James T Balog<br>1555 N Dearborn Pkwy 23A<br>Chicago, IL | Claim 000005, Payment 8.36% | 7100-000 | | 8.36 | 131,090.46 |
| 10/03/11 | 003016 | Sarica Foods<br>C/O Deer & Stone P C<br>130 S Jefferson Street Suite 501<br>Chicago, IL 60661 | Claim 000007, Payment 8.36% | 7100-000 | | 3,009.82 | 128,080.64 |
| 10/03/11 | 003017 | European Imports Ltd<br>2475 N Elston Avenue<br>Chicago, IL 60647 | Claim 000009, Payment 8.36% | 7100-000 | | 1,936.14 | 126,144.50 |
| 10/03/11 | 003018 | Product Productions Inc<br>Mark Grzymala / Rohlfing & Oberholtzer | Claim 000010, Payment 8.36% | 7100-000 | | 2,939.57 | 123,204.93 |

FORM 2                                                                                           Page: 12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | |
|---|---|
| Case No: | 04-13322 -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 04/18/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2561  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 10/03/11 | 003019 | One East Wacker Drive Suite 2420 Chicago, IL 60601 Lehmann Colorado Meats, Inc c/o Mitnick & Malzberg PO Box 429 Frenchtown, NJ 08825 | Claim 000011, Payment 8.36% | 7100-000 | | 1,248.04 | 121,956.89 |
| | 10/03/11 | 003020 | Rewards Network Establishment Services c/o David A Newby 650 Warrenville Rd.,Suite 500 Lisle, IL 60532 | Claim 000008, Payment 36.39% | 4210-000 | | 28,608.45 | 93,348.44 |
| | 10/03/11 | | Transfer to Acct #*******2309 | Bank Funds Transfer reversing incomplete transfer for final distribution | 9999-000 | | 93,348.44 | 0.00 |
| * | 01/19/12 | 003013 | Clarity Audio & Video Services Inc 3304 N Broadway Unit 214 Chicago Il 60657 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 7100-004 | | -304.77 | 304.77 |
| | 02/02/12 | 003021 | Clerk of United States Bankruptcy Court 219 S. Dearborn St. Chicago, IL 60604 | Claim 000003, Payment 8.36% Creditor, Claim #3 Clarity Audio & Video Services Inc 3304 N Broadway Unit 214 Chicago Il 60657 Past 90 days; Stop pay and deposit with court to close case.  ECB January 19, 2012, 03:35 pm | 7100-001 | | 304.77 | 0.00 |

LFORM2T4   **UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*                                Ver: 16.06a

FORM 2                                                                                                          Page:   13
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                              Exhibit 9

| | |
|---|---|
| Case No: | 04-13322  -JBS |
| Case Name: | CKG RESTAURANT GROUP, INC. |
| Taxpayer ID No: | *******4102 |
| For Period Ending: | 04/18/12 |

| | |
|---|---|
| Trustee Name: | JAY A. STEINBERG, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******2561  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account   *******2561

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 22 | Checks | 117,271.36 | |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 | |
| | | | 1 | Transfers Out | 93,348.44 | |
| | Subtotal | $ | 0.00 | | | |
| | | | | Total | $ | 210,619.80 |
| 0 | Adjustments In | 0.00 | | | | |
| 9 | Transfers In | 210,619.80 | | | | |
| | Total | $ | 210,619.80 | | | |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 20 | Deposits | 282,995.17 | 55 | Checks | 284,440.09 | |
| 83 | Interest Postings | 1,444.92 | 0 | Adjustments Out | 0.00 | |
| | | | 10 | Transfers Out | 303,968.24 | |
| | Subtotal | $ | 284,440.09 | | | |
| | | | | Total | $ | 588,408.33 |
| 0 | Adjustments In | 0.00 | | | | |
| 10 | Transfers In | 303,968.24 | | | | |
| | Total | $ | 588,408.33 | | Net Total Balance | $ | 0.00 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*                                                               Ver: 16.06a